AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jamie Lee Crider *also known as Jay Crider*,<br>*Plaintiff,*<br>v.<br><br>Southern Health Partners *Medical Staff of Pickens County Det. Cen.*,<br><br><br><br><br>*Defendant.* | )<br>)<br>)<br>)<br>)   Civil Action No.   1:22-cv-02546-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Jamie Lee Crider *also known as Jay Crider*, shall take nothing of the defendant, Southern Health Partners *Medical Staff of Pickens County Det. Cen*. and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   February 10, 2023                            *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/L. Baker

                                                    *Signature of Clerk or Deputy Clerk*